1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Melanie L. Mendez

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **SOUTHERN DIVISION**
9

10

11 | MELANIE L. MENDEZ,                     )  Case No.: 2:15-cv-06572-JPR
                                            )
12 |                                        )  ORDER OF DISMISSAL
                Plaintiff,                  )
13 |                                        )
              vs.                           )
14 | CAROLYN W. COLVIN, Acting              )
     Commissioner of Social Security,       )
15 |                                        )
                                            )
16 |            Defendant.                  )
                                            )
17

18
       The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
       IT IS SO ORDERED.
21

22 DATE:  July 14, 2016
                                        _____
23                                      THE HONORABLE JEAN P. ROSENBLUTH
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1  DATE: July 8, 2016					Respectfully submitted,

2						LAW OFFICES OF LAWRENCE D. ROHLFING

3						           /s/ *Brian C. Shapiro*
					BY: _____
4						Brian C. Shapiro
						Attorney for plaintiff Melanie L. Mendez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:15-CV-06572-JPR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 8, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff
_____